

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 7, 2024**

_____
**United States Bankruptcy Judge**

___

BTXN 189 (rev. 08/06)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Constantine Angus | § | Case No.: 24−40432−elm13 |
| | § | Chapter No.: 13 |
| Debtor(s) | § | |

**ORDER DENYING REQUEST FOR THIRTY−DAY EXTENSION OF TIME TO RECEIVE CREDIT COUNSELING AND FILE CERTIFICATE OF SAME**

The Court, after consideration of the Debtor's Request For Thirty−Day Extension of Time to receive Credit Counseling and file certificate of same, and noting that no explanation is provided within the Request of the exigent circumstances that would merit an extension, finds that pursuant to 11 U.S.C. § 109(h)(3)(A), circumstances do not exist that merit an extension of time to obtain the credit counseling as set forth in 11 U.S.C. § 109(h)(1).

**IT IS ORDERED** that the Request is **DENIED** and this case is hereby **DISMISSED**.

# # # End of Order # # #